UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| MICHAEL J. HARPER, | ) | Case No. 10-13559 |
| | ) | |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |

## FIRST AND FINAL APPLICATION OF TRUSTEE'S COUNSEL FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

R. SCOTT ALSTERDA and UNGARETTI & HARRIS LLP (collectively "U&H"), counsel for the Trustee pursuant to 11 U.S.C. §330 and FRBP 2016 submits this first and final application for compensation and reimbursement of expenses and represents to the Court as follows:

1. The Debtor filed his voluntary petition under Chapter 7 on March 29, 2010.

2. The first meeting of creditors was scheduled for May 27, 2010, however due to the complexity of the Debtor's financial affairs, the Debtor was examined by the Trustee on June 25, 2010 for an extended period.

3. On May 25, 2010, an order was entered approving the employment of U&H as counsel for the Trustee. A copy of the May 25, 2010 Order approving the employment of Ungaretti & Harris LLP as counsel for Trustee is attached hereto as Exhibit "A."

4. U&H is requesting the allowance and payment of $2,214.00, in compensation for 8.40 hours of services performed during the period from May 14, 2010 through August 22, 2010 and reimbursement of actual expenses in the amount of $46.77.

5. A description of the nature of the services rendered and the major activities undertaken by U&H on behalf of the Trustee in this case are as follows:

6. <u>Employment of Bankruptcy Counsel</u>. U&H provided 2.40 hours of services to the Trustee with a value of $594.00 in connection with the Trustee's motion to employ U&H as his bankruptcy counsel. The services included drafting the motion and attending the hearing on the motion, which was granted on May 25, 2010.

7. <u>Sale of Fox Prairie Membership Interest</u>. U&H provided 3.10 hours of services to the Trustee with a value of $886.50 in connection with the sale of the Debtor's membership interest in Fox Prairie Development LLC. These services included conferences with the Trustee on terms of the sale, drafting the Trustee's motion to sell and a court appearance on June 15, 2010 at which time an order was entered approving the sale.

8. <u>Sale of Yorkville Membership Interest</u>. U&H provided 2.60 hours of services to the Trustee with a value of $666.00 in connection with the sale of the Debtor's membership interest in Yorkville Farms LLC. These services included conferences with the Trustee and Debtor's counsel and on the terms of the sale and drafting the Trustee's motion to sell. N order was entered on August 11, 2010 approving the sale.

9. <u>Dischargeability Complaint</u>. U&H provided 0.30 hours of services to the Trustee with a value of $67.50 in connection with a Section 523 Complaint filed against the Debtor by a creditor. These services included a review of the Section 523 Complaint and correspondence with the Trustee regarding the nature of the alleged non-dischargeability conduct of the Debtor.

10. <u>Summary of Services</u>. The services provided to the Trustee by U&H are summarized as follows:

| CATEGORY | HOURS | VALUE |
|---|---|---|
| Employment of Bankruptcy Counsel | 2.40 | $594.00 |
| Sale of Fox Prairie Membership Interest | 3.10 | $886.50 |
| Sale of Yorkville Membership Interest | 2.60 | $666.00 |
| Dischargeability Complaint | 0.30 | $67.50 |
| TOTALS | 8.40 | $2214.00 |

2

11.  Attached as Exhibit "B" is an itemized statement of the legal services rendered by U&H. The statement reflects the legal services rendered, the time expended and a description of the work performed.

12.  The time expended and services rendered by the individual U&H attorneys are summarized as follows:

| Attorney | Hours | Hourly Rate | Total |
|---|---|---|---|
| R. Scott Alsterda | 1.20 | $495.00 | $594.00 |
| Patrick F. Ross | 7.20 | $225.00 | $1,620.00 |
| TOTAL | 8.40 | | $2,214.00 |

13.  Exhibit "B" also includes an itemized statement of the actual expenses incurred by U&H in connection with its representation of the Trustee. The expenses include postage in the amount of $46.77.

14.  Based on the nature, extent and value of services performed by U&H, the results achieved, and the costs of comparable services, the compensation and reimbursement of expenses sought are fair and reasonable.

15.  At all times during U&H's representation of the Trustee, U&H was a disinterested person and neither represented nor held an interest adverse to the estate with respect to matters on which U&H was employed.

3

WHEREFORE, U&H requests that it be awarded reasonable compensation in the amount of $2,214.00 for legal services rendered in this case and reimbursement of actual and necessary expenses in the amount of $46.77.

DATE: July 6, 2012                               Respectfully Submitted

                                                 UNGARETTI & HARRIS LLP

                                                 /s/ R. Scott Alsterda

Of Counsel:
R. SCOTT ALSTERDA (ARDC 3126771)
UNGARETTI & HARRIS, LLP
3500 THREE FIRST NATIONAL PLAZA
70 WEST MADISON AVENUE
CHICAGO, IL  60602-4283
312-977-9203
312-977-4405 (Fax)
rsalsterda@uhlaw.com