UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                     §
                                           §
HARPER, MICHAEL J                          §    Case No. 10-13559
                                           §
                                           §
            Debtor(s)                      §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter    of the United States Bankruptcy Code was filed on
   . The undersigned trustee was appointed on          .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of              $

   Funds were disbursed in the following amounts:

   Payments made under an interim
   disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                     $

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $\_\_\_\_\_ as interim compensation and now requests a sum of $\_\_\_\_\_, for a total compensation of $\_\_\_\_\_ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $\_\_\_\_, and now requests reimbursement for expenses of $\_\_\_\_, for total expenses of $\_\_\_\_ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____     By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 10-13559 TAB Judge: TIMOTHY A. BARNES | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | HARPER, MICHAEL J | Date Filed (f) or Converted (c): | 03/29/10 (f) |
| | | 341(a) Meeting Date: | 05/27/10 |
| For Period Ending: 06/30/12 | | Claims Bar Date: | 09/28/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 16501 S. Parker Road Homer Glen, IL 60491-6105 (Ho | 800,000.00 | 0.00 | DA | 0.00 | FA |
| 2. 18212 S. Vermont Ct. Orland Park, IL 60467 (Townho | 175,000.00 | 0.00 | DA | 0.00 | FA |
| 3. 12332 Harris Haw Brooksville, Florida (vacant lot) | 7,000.00 | 0.00 | DA | 0.00 | FA |
| 4. State Bank of Illinois - Mokena 11100 Front Street | 214.26 | 0.00 | DA | 0.00 | FA |
| 5. State Bank of Countryside 6734 Joliet Road Country | 132.60 | 0.00 | DA | 0.00 | FA |
| 6. Miscelleanous household goods and furnishings 1821 | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7. Miscellaenous books and photographs 18212 Vermont | 250.00 | 0.00 | DA | 0.00 | FA |
| 8. Miscellaneous wearing apparel 18212 Vermont Court | 300.00 | 0.00 | DA | 0.00 | FA |
| 9. Mallard Development Company 16501 Parker Road Home | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. Yorkville Farms Development, LLC 16501 Parker Road | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 11. Fox Prairie Development, LLC 16501 S. Parker Road | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 12. Kendell Creek Development, LLC 16501 S. Parker Roa | 0.00 | 0.00 | DA | 0.00 | FA |
| 13. HHK Builders, LLC 16501 Parker Road Homer Glen, IL | 0.00 | 0.00 | DA | 0.00 | FA |
| 14. Equitable Associates, Inc. 11348 Cedarwood Court F | 0.00 | 0.00 | DA | 0.00 | FA |
| 15. Windsor Gardens, LLC 16501 Parker Road Homer Glen, | 0.00 | 0.00 | DA | 0.00 | FA |
| 16. 2008 Saturn VUE XR Sport Utility 4D 18212 Vermont | 9,500.00 | 9,500.00 | DA | 0.00 | FA |
| 17. Computer and desk 18212 Vermont Court Orland Park, | 200.00 | 200.00 | DA | 0.00 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.44 | Unknown |

TOTALS (Excluding Unknown Values) $993,596.86 $17,700.00 $8,002.44

Value of Remaining Assets $0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparation of Final Report.

Initial Projected Date of Final Report (TFR): 05/31/11   Current Projected Date of Final Report (TFR): 07/20/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 10-13559 -TAB | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | HARPER, MICHAEL J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9038  BofA - Money Market Account |
| Taxpayer ID No: | *******7954 | | |
| For Period Ending: | 06/30/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/10 | 11 | Richard P. Hyland<br>Cashier's Check from<br>Marquette Bank<br>6316 S. Western Avenue<br>Chicago, IL 60636 | Membership Interests | 1129-000 | 5,000.00 | | 5,000.00 |
| 06/30/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 5,000.03 |
| 07/30/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,000.15 |
| 08/20/10 | 10 | Gregory P. Harper<br>10457 Penny Lane<br>Frankfort, IL 60423 | Membership Interests Yorkville | 1129-000 | 3,000.00 | | 8,000.15 |
| 08/31/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 8,000.30 |
| 09/30/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.50 |
| 10/29/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.70 |
| 11/30/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.90 |
| 12/31/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,001.10 |
| 01/31/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,001.30 |
| 02/07/11 | 000301 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 6.40 | 7,994.90 |
| 02/28/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,994.96 |
| 03/31/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.03 |
| 04/29/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,995.09 |
| 05/31/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.16 |
| 06/30/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.23 |
| 07/29/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,995.29 |
| 08/31/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.36 |
| 09/30/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.43 |
| 10/31/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.50 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.19 | 7,985.31 |
| 11/30/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,985.38 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.84 | 7,975.54 |
| 12/30/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,975.61 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.83 | 7,965.78 |
| 01/31/12 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,965.85 |
| 02/29/12 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,965.91 |
| 02/29/12 | 000302 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 6.38 | 7,959.53 |
| 03/30/12 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,959.60 |
| 04/30/12 | 18 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 7,959.67 |
| 05/31/12 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,959.74 |
| 06/29/12 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,959.80 |

**Total Of All Accounts**   **7,959.80**

UST Form 101-7-TFR (5/1/2011) *(Page: 4)*

PFORM24

Ver: 16.06b

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: July 06, 2012 |
|---|---|---|---|---|---|---|

Case Number:  10-13559  
Debtor Name:  HARPER, MICHAEL J   Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000003<br>001<br>3110-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $2,214.00 | $0.00 | $2,214.00 |
| 000004<br>001<br>3120-00 | Ungaretti & Harris LLP<br>3500 Three First National Plaza<br>70 W. Madison<br>Chicago, IL 60602 | Administrative | | $46.77 | $0.00 | $46.77 |
| BOND<br>999<br>2300-00 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Administrative | | $12.78 | $12.78 | $0.00 |
| 000001<br>070<br>7100-00 | Chase Bank USA, N.A.<br>PO Box 15145<br>Wilmington, DE 19850-5145 | Unsecured | | $27,352.71 | $0.00 | $27,352.71 |
| 000002<br>070<br>7100-00 | FIA Card Services NA succ Bank of America<br>NA USA & MBNA American Bank NA by<br>American InfoSource LP as its agent<br>PO Box 248809<br>Oklahoma City, OK 73124-8809 | Unsecured | | $3,033.10 | $0.00 | $3,033.10 |
| | Case Totals: | | | $32,659.36 | $12.78 | $32,646.58 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-13559
Case Name: HARPER, MICHAEL J
Trustee Name: R. SCOTT ALSTERDA, TRUSTEE

    Balance on hand    $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ | $ | $ |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ | $ | $ |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ | $ | $ |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ | $ | $ |
| Other: International Sureties, Ltd. | $ | $ | $ |

    Total to be paid for chapter 7 administrative expenses    $_____
    Remaining Balance    $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $          must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $ | $ | $ |
| 000002 | FIA Card Services NA succ Bank of America | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance    $_____

Tardily filed claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be       percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE