# UNITED STATES BANKRUPTCY COURT
UNITED STATES BANKRUPTCY COURT   **DISTRICT OF**  ILLINOIS
EASTERN  **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HARPER, MICHAEL J | § | Case No. 10-13559 TAB |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that R. SCOTT ALSTERDA, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

KENNETH S. GARDNER
CLERK OF THE COURT
219 South Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 09/11/2012 in Courtroom 642,

United States District Court
219 South Dearborn Street
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: _____          By: /s/ R. SCOTT ALSTERDA, TRUSTEE_____

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

# UNITED STATES BANKRUPTCY COURT
## UNITED STATES BANKRUPTCY COURT DISTRICT OF ILLINOIS
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| HARPER, MICHAEL J | § | Case No. 10-13559 TAB |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 8,002.51 |
| and approved disbursements of | $ | 42.64 |
| leaving a balance on hand of[1] | $ | 7,959.87 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: R. SCOTT ALSTERDA, TRUSTEE | $ 1,550.25 | $ 0.00 | $ 1,550.25 |
| Trustee Expenses: R. SCOTT ALSTERDA, TRUSTEE | $ 10.70 | $ 0.00 | $ 10.70 |
| Attorney for Trustee Fees: Ungaretti & Harris LLP | $ 2,214.00 | $ 0.00 | $ 2,214.00 |
| Attorney for Trustee Expenses: Ungaretti & Harris LLP | $ 46.77 | $ 0.00 | $ 46.77 |
| Other: International Sureties, Ltd. | $ 12.78 | $ 12.78 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 3,821.72 |
| Remaining Balance | $ | 4,138.15 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 30,385.81  have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  13.6  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Chase Bank USA, N.A. | $          27,352.71 | $          0.00 | $          3,725.08 |
| 000002 | FIA Card Services NA succ Bank of America | $          3,033.10 | $          0.00 | $          413.07 |

Total to be paid to timely general unsecured creditors          $          4,138.15

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ R. SCOTT ALSTERDA, TRUSTEE

*R. SCOTT ALSTERDA, TRUSTEE*
*3500 THREE FIRST NATIONAL PLAZA*
*70 WEST MADISON AVENUE*
*CHICAGO, IL 60602-4283*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-13559-TAB
Michael J. Harper                                                   Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0752-1          User: pgordon           Page 1 of 3          Date Rcvd: Aug 06, 2012
                             Form ID: pdf006          Total Noticed: 32


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 08, 2012.
db           +Michael J. Harper,   18212 Vermont Court,   Orland Park, IL 60467-8987
15329898      Bank of America,   P.O. Box 851001,   Dallas, TX 75285-1001
15329902      CCB Credit Services, Inc.,   P.O. Box 272,   Springfield, IL 62705-0272
15329900     +Capital One,   P.O. Box 30281,   Salt Lake City, UT 84130-0281
15329901      Capital One Bank (USA), N.A.,   P.O. Box 6492,   Carol Stream, IL 60197-6492
15329903      Chase Bank,   P.O. Box 15153,   Wilmington, DE 19886-5153
15329904     +Chase Bank USA,   800 Brooksedge Blvd.,   Westerville, OH 43081-2822
15861877      Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15329905      Chase Home Finance,   P.O. Box 78420,   Phoenix, AZ 85062-8420
15329906     +Chase Manhattan Mortgage,   10790 Rancho Bernardo Road,   San Diego, CA 92127-5705
15329907      FIA Card Services,   P.O. Box 851001,   Dallas, TX 75285-1001
15329908     +Gabriel B. Antman,   Law Offices of Gabriel B. Antman,   77 West Washington St, Suite 719,
                Chicago, IL 60602-3274
15329911     +Gregory Harper,   10457 Penny Lane,   Frankfort, IL 60423-2240
15329912     +HHK Builders, LLC,   16501 Parker Road,   Homer Glen, IL 60491-6105
15329914      HSBC Retail Services,   P.O. Box 17264,   Baltimore, MD 21297-1264
15329915     +Janet Harper,   18212 Vermont Court,   Orland Park, IL 60467-8987
15329917     +Law Offices of Ira T. Nevel, LLC,   175 North Franklin,   Suite 201,   Chicago, IL 60606-1847
15329922     +MBNA (FIA Card),   P.O. Box 17054,   Wilmington, DE 19850-7054
15329918      Macy's,   P.O. Box 689195,   Des Moines, IA 50368-9195
15329919     +Mallard Development Company,   16501 Parker Road,   Homer Glen, IL 60491-6105
15329920     +Marquette Bank,   10000 West 151st Street,   Orland Park, IL 60462-3140
15329921     +Matthew Kabisch,   11348 Cedarwood Court,   Frankfort, IL 60423-7854
15329923     +Reizman Berger,   7700 Bonhomme Avenue,   Seventh Floor,   Saint Louis, MO 63105-1960
15449013     +Residential Credit Solutions,   4282 N. Freeway,   Fort Worth, Texas 76137-5021
15329924     +Residential Credit Solutions, Inc.,   4282 N. Freeway,   Fort Worth, TX 76137-5021
15329926     +State Bank of Illinois,   Loan Department,   11100 Front Street,   Mokena, IL 60448-1556
15329928     +Will County Treasurer,   302 N. Chicago Street,   Joliet, IL 60432-4059

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
15973268      E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 07 2012 03:10:55
                FIA Card Services NA succ Bank of America,   NA USA & MBNA American Bank NA by,
                American InfoSource LP as its agent,   PO Box 248809,   Oklahoma City, OK  73124-8809
15329910      E-mail/Text: ally@ebn.phinsolutions.com Aug 07 2012 00:54:42     GMAC,   P.O. Box 9001951,
                Louisville, KY 40290-1951
15329909      E-mail/Text: ally@ebn.phinsolutions.com Aug 07 2012 00:54:42     GMAC,   P.O. Box 380902,
                Minneapolis, MN 55438-0902
15329913     +E-mail/Text: Collections@homestarbank.com Aug 07 2012 00:57:00     Homestar Bank,
                303 Section Line Road,   Manteno, IL 60950-1059
15329916     +E-mail/Text: bnckohlsnotices@becket-lee.com Aug 07 2012 00:52:58     Kohls,   P.O. Box 3043,
                Milwaukee, WI 53201-3043
                                                                                   TOTAL: 5


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15329925*    +Residential Credit Solutions, Inc.,   4282 N Freeway,   Fort Worth, TX 76137-5021
15329899     ##Bank of America,   P.O. Box 15026,   Wilmington, DE 19850-5026
15329927     ##Target National Bank,   P.O. Box 59317,   Minneapolis, MN 55459-0317
                                                                       TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: pgordon          Page 2 of 3          Date Rcvd: Aug 06, 2012
                             Form ID: pdf006         Total Noticed: 32
```

```
***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 08, 2012**                     **Signature:**  _____

```
District/off: 0752-1              User: pgordon            Page 3 of 3          Date Rcvd: Aug 06, 2012
                                 Form ID: pdf006          Total Noticed: 32


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 3, 2012 at the address(es) listed below:
          Bruce C Scalambrino    on behalf of Debtor Michael Harper bcs@sacounsel.com
          Christopher L Muniz    on behalf of Debtor Michael Harper clm@sacounsel.com
          Gloria C  Tsotsos    on behalf of Creditor  Residential Credit Solutions nd-three@il.cslegal.com
          Josephine J Miceli    on behalf of Creditor  Wilmington Trust Company
           jmiceli@fisherandshapirolaw.com,  BK_IL_Notice@fisherandshapirolaw.com
          Patrick F Ross    on behalf of Trustee R Alsterda pfross@uhlaw.com,
           kburde@uhlaw.com;rjanczak@uhlaw.com;TEFiester@uhlaw.com;KAMcLoud@uhlaw.com;keedeus@uhlaw.com;sgfe
           ibus@uhlaw.com
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
          R Scott Alsterda    on behalf of Trustee R Alsterda rsalsterda@uhlaw.com
          R Scott Alsterda    rsalsterda@uhlaw.com,  ralsterda@ecf.epiqsystems.com
                                                                                          TOTAL: 8
```