UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
HARPER, MICHAEL J                   §     Case No. 10-13559
                                    §
          Debtor(s)                 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     R. SCOTT ALSTERDA, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $      (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   (see **Exhibit 2**), yielded net receipts of $     from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on                    . The case was pending for    months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/R. SCOTT ALSTERDA, TRUSTEE_____
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Chase Manhattan Mortgage 10790 Rancho Bernardo Road San Diego, CA 92127 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | GMAC P.O. Box 9001951 Louisville, KY 40290-1951 | | | | | |
| | Residential Credit Solutions, Inc. 4282 N. Freeway Fort Worth, TX 76137 | | | | | |
| | State Bank of Illinois Loan Department 11100 Front Street Mokena, IL 60448 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| R. SCOTT ALSTERDA, TRUSTEE | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| UNGARETTI & HARRIS LLP | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| UNGARETTI & HARRIS LLP | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Will County Treasurer 302 N. Chicago Street Joliet, IL 60432 | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Capital One P.O. Box 30281 Salt Lake City, UT 84130 | | | | | |
| | Chase Bank USA 800 Brooksedge Blvd. Westerville, OH 43081 | | | | | |
| | GMAC P.O. Box 380902 Minneapolis, MN 55438-0902 | | | | | |
| | Gregory Harper 10457 Penny Lane Frankfort, IL 60423 | | | | | |
| | HSBC Retail Services P.O. Box 17264 Baltimore, MD 21297-1264 | | | | | |
| | Homestar Bank 303 Section Line Road Manteno, IL 60950 | | | | | |
| | Kohls P.O. Box 3043 Milwaukee, WI 53201 | | | | | |
| | MBNA (FIA Card) P.O. Box 17054 Wilmington, DE 19850 | | | | | |
| | Macy's P.O. Box 689195 Des Moines, IA 50368-9195 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Marquette Bank 10000 West 151st Street Orland Park, IL 60462 | | | | | |
| | Matthew Kabisch 11348 Cedarwood Court Frankfort, IL 60423 | | | | | |
| | State Bank of Illinois Loan Department 11100 Front Street Mokena, IL 60448 | | | | | |
| | State Bank of Illinois Loan Department 11100 Front Street Mokena, IL 60448 | | | | | |
| | State Bank of Illinois Loan Department 11100 Front Street Mokena, IL 60448 | | | | | |
| | Target National Bank P.O. Box 59317 Minneapolis, MN 55459-0317 | | | | | |
| 000001 | CHASE BANK USA, N.A. | | | | | |
| 000002 | FIA CARD SERVICES NA SUCC BANK OF A | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

Case No: 10-13559 TAB  Judge: TIMOTHY A. BARNES  
Case Name: HARPER, MICHAEL J  
For Period Ending: 10/19/12

Trustee Name: R. SCOTT ALSTERDA, TRUSTEE  
Date Filed (f) or Converted (c): 03/29/10 (f)  
341(a) Meeting Date: 05/27/10  
Claims Bar Date: 09/28/10

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 16501 S. Parker Road Homer Glen, IL 60491-6105 (Ho | 800,000.00 | 0.00 | | 0.00 | FA |
| 2. 18212 S. Vermont Ct. Orland Park, IL 60467 (Townho | 175,000.00 | 0.00 | | 0.00 | FA |
| 3. 12332 Harris Haw Brooksville, Florida (vacant lot) | 7,000.00 | 0.00 | | 0.00 | FA |
| 4. State Bank of Illinois - Mokena 11100 Front Street | 214.26 | 0.00 | | 0.00 | FA |
| 5. State Bank of Countryside 6734 Joliet Road Country | 132.60 | 0.00 | | 0.00 | FA |
| 6. Miscelleanous household goods and furnishings 1821 | 1,000.00 | 0.00 | | 0.00 | FA |
| 7. Miscellaenous books and photographs 18212 Vermont | 250.00 | 0.00 | | 0.00 | FA |
| 8. Miscellaneous wearing apparel 18212 Vermont Court | 300.00 | 0.00 | | 0.00 | FA |
| 9. Mallard Development Company 16501 Parker Road Home | 0.00 | 0.00 | | 0.00 | FA |
| 10. Yorkville Farms Development, LLC 16501 Parker Road | 0.00 | 3,000.00 | | 3,000.00 | FA |
| 11. Fox Prairie Development, LLC 16501 S. Parker Road | 0.00 | 5,000.00 | | 5,000.00 | FA |
| 12. Kendell Creek Development, LLC 16501 S. Parker Roa | 0.00 | 0.00 | | 0.00 | FA |
| 13. HHK Builders, LLC 16501 Parker Road Homer Glen, IL | 0.00 | 0.00 | | 0.00 | FA |
| 14. Equitable Associates, Inc. 11348 Cedarwood Court F | 0.00 | 0.00 | | 0.00 | FA |
| 15. Windsor Gardens, LLC 16501 Parker Road Homer Glen, | 0.00 | 0.00 | | 0.00 | FA |
| 16. 2008 Saturn VUE XR Sport Utility 4D 18212 Vermont | 9,500.00 | 9,500.00 | | 0.00 | FA |
| 17. Computer and desk 18212 Vermont Court Orland Park, | 200.00 | 200.00 | | 0.00 | FA |
| 18. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.58 | Unknown |
| TOTALS (Excluding Unknown Values) | $993,596.86 | $17,700.00 | | $8,002.58 | Value of Remaining Assets $0.00 (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Preparation of Final Report.

Initial Projected Date of Final Report (TFR): 05/31/11   Current Projected Date of Final Report (TFR): 07/20/12

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 10-13559 -TAB | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | HARPER, MICHAEL J | Bank Name: | ASSOCIATED BANK |
| | | Account Number / CD #: | *******9776  Checking Account |
| Taxpayer ID No: | *******7954 | | |
| For Period Ending: | 10/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/31/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 7,959.94 | | 7,959.94 |
| 09/17/12 | 030001 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL  60602-4283 | Chapter 7 Compensation/Fees | 2100-000 | | 1,550.24 | 6,409.70 |
| 09/17/12 | 030002 | R. SCOTT ALSTERDA, TRUSTEE 3500 THREE FIRST NATIONAL PLAZA 70 WEST MADISON AVENUE CHICAGO, IL  60602-4283 | Chapter 7 Expenses | 2200-000 | | 10.70 | 6,399.00 |
| 09/17/12 | 030003 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000003, Payment 100.00000% | 3110-000 | | 2,214.00 | 4,185.00 |
| 09/17/12 | 030004 | Ungaretti & Harris LLP 3500 Three First National Plaza 70 W. Madison Chicago, IL 60602 | Claim 000004, Payment 100.00000% | 3120-000 | | 46.77 | 4,138.23 |
| 09/17/12 | 030005 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000001, Payment 13.61894% | 7100-000 | | 3,725.15 | 413.08 |
| 09/17/12 | 030006 | FIA Card Services NA succ Bank of Amer NA USA & MBNA American Bank NA by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000002, Payment 13.61907% | 7100-000 | | 413.08 | 0.00 |

PFORM24 UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Ver: 17.00b

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

Exhibit 9

| Case No: | 10-13559 -TAB | Trustee Name: | R. SCOTT ALSTERDA, TRUSTEE |
|---|---|---|---|
| Case Name: | HARPER, MICHAEL J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******9038  BofA - Money Market Account |
| Taxpayer ID No: | *******7954 | | |
| For Period Ending: | 10/19/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/18/10 | 11 | Richard P. Hyland<br>Cashier's Check from<br>Marquette Bank<br>6316 S. Western Avenue<br>Chicago, IL 60636 | Membership Interests | 1129-000 | 5,000.00 | | 5,000.00 |
| 06/30/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.03 | | 5,000.03 |
| 07/30/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.12 | | 5,000.15 |
| 08/20/10 | 10 | Gregory P. Harper<br>10457 Penny Lane<br>Frankfort, IL 60423 | Membership Interests Yorkville | 1129-000 | 3,000.00 | | 8,000.15 |
| 08/31/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.15 | | 8,000.30 |
| 09/30/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.50 |
| 10/29/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.70 |
| 11/30/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,000.90 |
| 12/31/10 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,001.10 |
| 01/31/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | 1270-000 | 0.20 | | 8,001.30 |
| 02/07/11 | 000301 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 6.40 | 7,994.90 |
| 02/28/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,994.96 |
| 03/31/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.03 |
| 04/29/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,995.09 |
| 05/31/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.16 |
| 06/30/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.23 |
| 07/29/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,995.29 |
| 08/31/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.36 |
| 09/30/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.43 |
| 10/31/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,995.50 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 10.19 | 7,985.31 |
| 11/30/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,985.38 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.84 | 7,975.54 |
| 12/30/11 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,975.61 |
| 12/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | 2600-000 | | 9.83 | 7,965.78 |
| 01/31/12 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,965.85 |
| 02/29/12 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,965.91 |
| 02/29/12 | 000302 | International Sureties, Ltd.<br>701 Poydras Street, Suite 420<br>New Orleans, LA 70139 | Blanket Bond  (Int'l Sureties, Inc) | 2300-000 | | 6.38 | 7,959.53 |
| 03/30/12 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,959.60 |
| 04/30/12 | 18 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 7,959.67 |
| 05/31/12 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,959.74 |
| 06/29/12 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.06 | | 7,959.80 |
| 07/31/12 | 18 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.07 | | 7,959.87 |
| 08/31/12 | 18 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.07 | | 7,959.94 |
| 08/31/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 7,959.94 | 0.00 |

**Total Of All Accounts    0.00**